PROB 12B
ED/AR (12/2010)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 28 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Calvin Damond Blair, III        Case Number: 4:06CR00043-01 BRW

Name of Sentencing Judicial Officer:    Honorable Billy Roy Wilson
                                        United States District Judge

Offense:            Possession with Intent to Distribute Cocaine Base

Date of Sentence:   March 16, 2007

Sentence:           97 months Bureau of Prisons, 5 years supervised release, substance abuse treatment, mandatory drug testing, DNA collection and $100 special penalty assessment

                    Sentence reduction to 86 months Bureau of Prisons on June 30, 2008

                    Sentence reduction to 69 months Bureau of Prisons on October 27, 2011

Type of Supervision: Supervised Release        Date Supervision Commenced: November 1, 2011
                                               Expiration Date: October 31, 2016

Asst. U.S. Attorney: Edward Walker             Defense Attorney: To be determined

U.S. Probation Officer: Tiffani D. Dabney
Phone No.: 501-604-5287

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

The defendant shall participate in and complete Moral Reconation Therapy (MRT) as directed by the U.S. Probation Office.

### CAUSE

On October 25, 2012, Mr. Blair was arrested by the Little Rock, Arkansas, Police Department for possession of marijuana. During an office contact on October 26, 2012, Mr. Blair advised that he recently began using marijuana to cope with recent life stressors. He was subsequently placed in substance abuse treatment but expressed a desire for more assistance. As such, Mr. Blair appears to be a good candidate for the Moral Reconation Therapy (MRT) program as it is designed to assist offenders in developing healthier cognitions. Federal Public Defender Jenniffer Horan has no objection and has

Prob 12B            -2-            Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Calvin Damond Blair, III      Case Number: 4:06CR00043-01 BRW

consulted Mr. Webb regarding the proposed modification.

_____       _____
Tiffani D. Dabney                                      Edward Walker
U.S. Probation Officer                       Assistant U.S. Attorney

Date: January 11, 2013                    Date: JANUARY 24, 2013

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

1-28-2013
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

TDD

c: Assistant U.S. Attorney, Edward Walker, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in and complete Moral Reconation Therapy as directed by the U.S. Probation Office.

Witness: _____  Signed: _____
U.S. Probation Officer                         Probationer or Supervised Releasee

11-14-2012
DATE